**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DANNY BAILEY,<br><br>    *Plaintiff,*<br><br>v.<br><br>TRACTOR SUPPLY COMPANY *and*<br>TRACTOR SUPPLY CO. OF TEXAS,<br>LP,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-01090-JRG-RSP |

## <u>ORDER</u>

Plaintiff Danny Bailey ("Plaintiff") previously filed a Motion to Remand to State Court ("Motion") (Dkt. No. 5.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 25), recommending grant of Plaintiff's Motion. Defendants Tractor Supply Company and Tractor Supply Company of Texas, LP ("Defendants") have now filed Objections (Dkt. No. 26), with Plaintiff filing a Response (Dkt. No. 29.)

After conducting a *de novo* review of the briefing on the Plaintiff's Motion, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 5) is **GRANTED**. It is therefore **ORDERED** that the above-captioned case is **REMANDED** to the 71st Judicial District of Harrison County, Texas, *instanter*.

**So ORDERED and SIGNED this 12th day of March, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE